Janina M. Elder
P.O. Box 158
Middletown, CA 95461
Telephone: (707) 569-9508

Trustee in Bankruptcy

FILED

SEP 28 2009

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - San Francisco

| In re: | Case No. 04-33423 MD |
|---|---|
| MACADAM COMPUTER, INC. | Chapter 7 |
| | NOTICE OF SMALL DIVIDENDS |
| Debtor(s) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3010(a), the trustee in the above-captioned case hereby turns over to the Court, Small Dividends in the amount of $4.86. The names and addresses of those entitled to the Small Dividends treated as unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 14 | Andrew Grimstad<br>857 Elizabeth St.<br>San Francisco, CA 94114 | 451.43 | 2.53 |
| 4 | Ensign Systems<br>1330 West Flint Meadow Drive<br>Kaysville, UT 84037 | 415.64 | 2.33 |

Dated: September 24, 2009

Janina M. Elder, TRUSTEE

# Claims Distribution Small Checks

**Trustee: Janina M. Elder (007880)**

Case: 04-33423 - MACADAM COMPUTER, INC.

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 31259453566 | 125 | 09/24/09 | 4 | 12/30/04 | 610 | Payee: U.S. Bankruptcy Court<br>Ensign Systems<br>1330 West Flint Meadow Drive<br>Kaysville, UT 84037 | 415.64 | 415.64 | 2.33 | 2.33 |
| | | | 14 | 05/27/05 | 610 | Andrew Grimstad<br>857 Elizabeth St.<br>San Francisco, CA 94114 | 451.43 | 451.43 | 2.53 | 2.53 |

Check Amount: $4.86

(*) Denotes objection to Amount Filed